IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERRY LYNN STENNIS, JR.**                                              **PLAINTIFF**

**v.**                        **CIVIL ACTION NO. 1:25-cv-57-TBM-RPM**

**MOSS POINT POLICE DEPARTMENT; PASCAGOULA POLICE DEPARTMENT;** *and* **JACKSON COUNTY MET TEAM**                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order issued this same day,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

THIS, the 26th day of September, 2025.

                                                 TAYLOR B. McNEEL
                                                 UNITED STATES DISTRICT JUDGE